IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 NOV 17 ᗡ 9:36
DEBRA P. H___ CLK
US DIST ___ COURT
___ DISTRICT ALA

# 48353

Muhammad Al-Ameen )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 1:05CV1106-F
Houston Co. Jail )  (To be supplied by Clerk of
Nurseing and office )   U.S. District Court)
Harper )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( ✓ )  NO (   )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (   )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) Muhammad Al-Ameen
            Failure To obey Name Change Petition
            Defendant(s) Houston Co. Jail
            Personel

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   *I am not Sure I Think, Pending*

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Houston Co. Jail*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Houston County Jail*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *11/12/05*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *I Receive and Pay for Blood Pressure medication in The Houston*

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

County Jail. On said date officer Haper who was on duty as well as The Nurse failed To Bring my Blood Pressure medication. The Nurse on duty is unknown To me. I did File a Grievance inclosed here

**GROUND TWO:** After informing Nursing and officers was Told Please forgive us

**SUPPORTING FACTS:** We did wrong, I was later written up By officer Haper, who was Angry with me for Filing The Grievance an have Been Placed in lockup because of The officer's write up. My Name is Muhammad Al-Ameen The officer wrote Terry R

**GROUND THREE:** My Name Since 1979 is legally and lawfully Muhammad Al-Ameen

**SUPPORTING FACTS:** The Grivance's of which inclose here as well as The Records At The Jail of which I am not able To obtain will support my claim. On my I.D. Arm Band is Muhammad Al-Ameen yet They write Terry D. Rivers

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I wish The People who Failed To Bring and give my medication Removed as well as Those who fail To Acknowledge my lawful and legal Name

*Muhannad al-aneen*
<span style="padding-left:2em;">Signature of plaintiff(s)</span>

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
<span style="padding-left:4em;">(Date)</span>

*Muhannad al-aneen*
<span style="padding-left:2em;">Signature of plaintiff(s)</span>

4

**INMATE REQUEST FORM**

Date: 11/14/05
INMATES # 48333
To: Nurse
C/O SIGNATURE
From: Muhammad al-Aneen
SR C/O SIGNATURE

NATURE OF REQUEST I must speak with the Head Nurse Please, This is a matter most important concerning my medication

ACTION TAKEN

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

To The Comander of The Jail

# INMATE GRIEVANCE FORM

DATE: 11/10, 2005    POD/CELL LOCATION: M-Floor

INMATE NAME: Muhammad Al-Ameen    INMATE NUMBER: 48333

NATURE OF GRIEVANCE OR INFORMATION: The disRespect of my Religion and constitutional Rights is exactly what any Officer, Nurse ect Personel of This Jail do when They address me as anything other Than Muhammad Al-Ameen You state I am Booked As Terry Rivers Thats not my Concern, By the Law of The State of Alabama, and constitution of The United States my name was legally and Lawfully Changed End of Story

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? On my identification Band is Muhammad Al-Ameen All concerning me is To Be as such anything other Than such I will File with the Federal Courts Even The U.S. Supreme Court it's my Right!

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE:

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 11/9, 2005          POD/CELL LOCATION: JJ

INMATE NAME: Muhammad al-ameen   INMATE NUMBER: 48333

NATURE OF GRIEVANCE OR INFORMATION: I'Vi Told From The highest To The lowest official of The Houston County Jail my name has Been changed By Law in a court of Law in The city of Dothan State of Ala. in The county of Houston since 1979 For Religious Reasons no official of This Jail nor any other institution my call me anything other Than muhammad al-ameen without violating my Constitution

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE:

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 11/12, 2005   POD/CELL LOCATION: B-9

INMATE NAME: Muhommod al-Ameen   INMATE NUMBER: 48333

NATURE OF GRIEVANCE OR INFORMATION: I have very High Blood Pressure and receive medication Twice a Day. I am charged for This Medication. On This 11/12/05 The Medication due me before The Morning meal, I have As/of this very moment Received any medication and it is 10:50 am. I am in discomfort, I have Told officer Mobley who's on duty. I will file a complaint.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE:

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE: