IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MUHAMMAD AL-AMEEN, ) | |
| f.k.a. TERRY D. RIVERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:05-CV-1106-WKW |
| ) | |
| HOUSTON COUNTY JAIL ) | |
| NURSING, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 30, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby adopted and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failure to prosecute this action and his failure to comply with the orders of the court.

Done this the 21st day of February 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE