IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MUHAMMAD AL-AMEEN, ) | |
| f.k.a. TERRY D. RIVERS, ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| v.  ) | CIVIL ACTION NO. 1:05-CV-1106-WKW |
|  ) | |
| HOUSTON COUNTY JAIL ) | |
| NURSING, *et al*., ) | |
|  ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed without prejudice.

Done this the 21st day of February 2006.

                                                  /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE